■ In the Matter of TRACIE E. SMITH, Respondent, v DANIEL KAZMIERCZAK, Appellant. (Appeal No. 2.) [678 NYS2d 704] —Appeal unanimously dismissed without costs (*see, Goodman v Goodman,* 150 AD2d 636). (Appeal from Order of Erie County Family Court, Townsend, J.—Violation of Order.) Present—Pine, J. P., Lawton, Pigott, Jr., Callahan and Boehm, JJ.

■ In the Matter of RUTH B., Appellant, v JEFFERSON COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent, et al., Respondent. (Appeal No. 2.) [678 NYS2d 704] —Appeal unanimously dismissed without costs (*see, Matter of Eric D.* [appeal No. 1], 162 AD2d 1051). (Appeal from Order of Jefferson County Family Court, Hunt, J.—Custody.) Present—Pine, J. P., Lawton, Pigott, Jr., Callahan and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROOSEVELT BROWN, Appellant. [678 NYS2d 756] —Judgment unanimously affirmed. Memorandum: Defendant did not seek suppression of cocaine that he dropped to the sidewalk when police officers approached, nor did he object at the probation violation hearing to the testimony of the officers concerning their recovery of the cocaine and their arrest of defendant. Thus, that issue is not preserved for our review (*see,* CPL 470.05 [2]; *People v Serach,* 247 AD2d 885; *People v Angel E.,* 233 AD2d 938, *lv denied* 89 NY2d 939; *People v Raleigh,* 184 AD2d 869, *lv denied* 80 NY2d 908), and we decline to exercise our power to review it as a matter of discretion in the interest of justice (*see,* CPL 470.15 [6] [a]). (Appeal from Judgment of Wayne County Court, Kehoe, J.—Violation of Probation.) Present—Denman, P. J., Green, Wisner, Balio and Fallon, JJ.